**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LEONARD MCDONALD                                                                                              PLAINTIFF

v.                                        No. 3:11CV00169 JLH/JJV

WILLIAM P. RAINEY, Municipal Judge,
West Memphis Municipal Court                                                                              DEFENDANT

**JUDGMENT**

      Pursuant to the Memorandum and Order entered on this day, this action is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying order would not be taken in good faith.

      DATED this 31st day of August, 2011.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE