IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEONARD MCDONALD                                                              PLAINTIFF

v.                                          No. 3:11CV00169 JLH

WILLIAM P. RAINEY, Municipal Judge,
West Memphis Municipal Court                                                  DEFENDANT

### ORDER

On August 31, 2011, the Court dismissed this action with prejudice. Thereafter, the Clerk of the Court received two motions, one requesting appointment of the public defender and an order directing that McDonald be allowed to use the Crittenden County library, and the other seeking release from the Crittenden County Detention Facility. Those motions are denied. Documents #8 and #9. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 9th day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE